# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1888

_____

United States of America

*Plaintiff - Appellee*

v.

Patrick Corey Colvin

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Waterloo

_____

Submitted: December 13, 2019
Filed: December 18, 2019
[Unpublished]

_____

Before LOKEN, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Patrick Colvin appeals the sentence the district court[1] imposed after he pleaded guilty to a firearm offense. His counsel has moved to withdraw and has filed a brief

_____

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude that the district court did not abuse its discretion in sentencing Colvin, as there was no indication that it overlooked a relevant 18 U.S.C. § 3553(a) factor, or committed a clear error of judgment in weighing relevant factors, <u>see</u> <u>United States v. Salazar-Aleman</u>, 741 F.3d 878, 881 (8th Cir. 2013) (standard of review); and the sentence was within the Guidelines range, <u>see</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014). Furthermore, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion and affirm.

_____